## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Donna Conrad<br>v.<br>Virgin Mobile USA, Inc., and<br>Flycell, Inc. | Case Number:<br>FILED: SEPTEMBER 2, 2008<br>08CV4986<br>JUDGE DOW<br>MAGISTRATE JUDGE COX<br>EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Flycell, Inc.

| | |
|---|---|
| NAME (Type or print)<br>James F. Herbison | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>S/ James F. Herbison | |
| FIRM<br>Winston & Strawn LLP | |
| STREET ADDRESS<br>35 W. Wacker Drive | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6275116 | TELEPHONE NUMBER<br>(312) 558-5600 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐