IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| DONNA CONRAD, individually and on behalf of a class of similarly situated individuals,<br><br>        Plaintiff,<br><br>    v.<br><br>VIRGIN MOBILE USA, INC., a Delaware Corporation, FLYCELL, INC., a Delaware Corporation,<br><br>        Defendants. | FILED: SEPTEMBER 2, 2008<br>08CV4986<br>JUDGE DOW<br>MAGISTRATE JUDGE COX<br>EDA<br><br>Case No. _____<br><br>**JURY TRIAL DEMANDED** |

## LOCAL RULE 3.2 DISCLOSURE OF DEFENDANT FLYCELL, INC.

Defendant Flycell, Inc. ("Flycell"), by and through its attorneys Winston & Strawn LLP, having filed an initial pleading in the above captioned matter, makes the following disclosure to the Court pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois:

Flycell, Inc. is a Delaware corporation that is owned 100 percent by Acotel Participations, SA, a Luxemburg entity that is owned 100 percent by Acotel Group S.p.A., an Italian entity that is publicly held and listed on the Italian Stock Exchange.

Dated: September 2, 2008

                                          Respectfully submitted,

                                          **FLYCELL, INC.**

                                          /s/Norman K. Beck
                                          _____

                                          Norman K. Beck
                                          James F. Herbison
                                          **WINSTON & STRAWN LLP**

35 West Wacker Drive
Chicago, Illinois 60601-5600
Phone: (312) 558-5600
Fax: (312) 558-5700
nbeck@winston.com
jherbison@winston.com

*Attorneys for Flycell, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney for Defendant Flycell, Inc. hereby certifies that a copy of the foregoing LOCAL RULE 3.2 DISCLOSURE OF DEFENDANT FLYCELL, INC**.** was served on September 2, 2008 on the following counsel by hand delivery and Federal Express as follows:

Myles McGuire
Ethan Preston
Ryan Andrews
KamberEdelson, LLC
53 West Jackson Blvd.
Suite 550
Chicago, Illinois 60604

Mark E. Rakoczy
Edward M. Crane
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, Illinois 60606


Dated:  September 2, 2008

/s/Norman K. Beck
_____

Norman K. Beck
James F. Herbison
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois  60601-5600
Phone:  (312) 558-5600
Fax:  (312) 558-5700
nbeck@winston.com
jherbison@winston.com

*Attorneys for Flycell, Inc.*