

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

**MICHAEL W. DOBBINS**
    **CLERK**      **312-435-5698**

September 3, 2008

Myles P. McGuire
KamberEdelson LLC
53 West Jackson Boulevard
Suite 550
Chicago , IL 60604


RE:      Donna Conrad v. Virgin Mobile USA, Inc. et al
           08 C 4986  -   Judge  Robert M. Dow, Jr.,

Dear Counselor:


The records of this office indicate that on September 2, 2008  a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter.  The notice lists the circuit court case number as   **08 CH 27521.**  The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local General Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of this form is enclosed.

                                      Sincerely yours,

                                      Michael W. Dobbins, Clerk


                                      By:  s/ Haydee Pawlowski
                                          Deputy Clerk