**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

_____
                                            )
DONNA CONRAD, individually and              )
on behalf of a class of similarly situated  )
individuals,                                )
                                            )
       Plaintiff,                          )   **Case No. 08 CV 4986**
                                            )
       v.                                  )   **Hon. Robert M. Dow, Jr.**
                                            )
VIRGIN MOBILE USA, INC., a Delaware         )   **Magistrate Judge Cox**
Corporation, FLYCELL, INC., a Delaware      )
Corporation,                                )
                                            )
       Defendants.                         )
_____)

## NOTICE OF AGREED MOTION

       PLEASE TAKE NOTICE THAT, on Wednesday, September 10, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant Flycell, Inc. will appear before the Honorable Robert M. Dow, Jr. in the courtroom usually occupied by him, Room 1919 of the Dirksen Federal Building, and present the attached **AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT.**

Dated:  September 5, 2008                              Respectfully submitted,

                                                                  **FLYCELL, INC.**

                                        By:     /s/James F. Herbison
                                              One of Its Attorneys

Norman K. Beck  (ARDC #6228825)
James F. Herbison  (ARDC #6275116)
**WINSTON & STRAWN LLP**
35 West Wacker Drive
Chicago, Illinois  60601-5600
Phone:  (312) 558-5600
Fax:  (312) 558-5700
nbeck@winston.com
jherbison@winston.com

*Attorneys for Flycell, Inc.*

## CERTIFICATE OF SERVICE

       The undersigned, an attorney for Defendant Flycell, Inc. hereby certifies that a copy of the foregoing NOTICE OF AGREED MOTION was served on September 5, 2008 on the following counsel by Federal Express and Electronic Filing using the CM/ECF system or Federal Express, as follows:

Myles McGuire
Ethan Preston
Ryan Andrews
KamberEdelson, LLC     (by CM/ECF)
53 West Jackson Blvd.
Suite 550
Chicago, Illinois 60604

Mark E. Rakoczy
Edward M. Crane
Skadden, Arps, Slate, Meagher & Flom LLP     (by Federal Express)
333 West Wacker Drive
Chicago, Illinois 60606


Dated:  September 5, 2008

       /s/James F. Herbison
       _____

       Norman K. Beck
       James F. Herbison
       **WINSTON & STRAWN LLP**
       35 West Wacker Drive
       Chicago, Illinois  60601-5600
       Phone:  (312) 558-5600
       Fax:  (312) 558-5700
       nbeck@winston.com
       jherbison@winston.com

       *Attorneys for Flycell, Inc.*