IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DONNA CONRAD, individually and on behalf a class of similarly situated individuals, | ) ) ) | Case No. 08 CV 4986 |
| Plaintiff, | ) ) | Hon. Robert M. Dow, Jr. |
| vs. | ) ) | Magistrate Judge Cox |
| VIRGIN MOBILE USA, INC., a Delaware Corporation, FLYCELL, INC., a Delaware Corporation, | ) ) ) ) ) | |
| Defendants. | ) ) | Jury Trial Demanded |

### LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES

Pursuant to Local Rule 3.2 of the United States District Court for the Northern District of Illinois, Defendant Virgin Mobile USA, Inc., hereby gives notice of the following affiliates:

1. Sprint Nextel Corporation

2. SK Telecom Co., Ltd.

3. Virgin Group

Dated: September 5, 2008            Respectfully submitted,
                                    VIRGIN MOBILE USA, INC.

                                    s/ Mark E. Rakoczy
                                    One of its Attorneys

Edward M. Crane (No. 06181848)
Mark E. Rakoczy (No. 02278960)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Telephone: (312) 407-0700
Firm I.D.# 91729
edward.crane@skadden.com
mark.rakoczy@skadden.com


*Of Counsel*
Kenneth A. Plevan
Resa K. Schlossberg
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Time Square
New York, New York 10036

Attorneys for Defendant
VIRGIN MOBILE USA, INC.

2