IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DONNA CONRAD, individually and on behalf a class of similarly situated individuals, | ) ) ) | Case No. 08 CV 4986 |
| Plaintiff, | ) ) | Hon. Robert M. Dow, Jr. |
| vs. | ) ) | Magistrate Judge Cox |
| VIRGIN MOBILE USA, INC., a Delaware Corporation, FLYCELL, INC., a Delaware Corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF AGREED MOTION**

  PLEASE TAKE NOTICE that on Wednesday, September 10, 2008 at 9:15a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert M. Dow, Jr., in the courtroom usually occupied by him, Room 1919 of the Dirksen Federal Building, and present the attached AGREED MOTION TO EXTEND THE TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S CLASS ACTION COMPLAINT.


Dated: September 5, 2008        Respectfully submitted,
                   VIRGIN MOBILE USA, INC.

                   s/ Mark E. Rakoczy
                     One of its Attorneys

Edward M. Crane (No. 06181848)
Mark E. Rakoczy (No. 02278960)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Telephone: (312) 407-0700
Firm I.D.# 91729
edward.crane@skadden.com
mark.rakoczy@skadden.com

Attorneys for Defendant
VIRGIN MOBILE USA, INC.


*Of Counsel*
Kenneth A. Plevan
Resa K. Schlossberg
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Time Square
New York, New York 10036