# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Donna Conrad

                        Plaintiff,

v.                                            Case No.: 1:08−cv−04986
                                                   Honorable Robert M. Dow Jr.

Virgin Mobile USA, Inc., et al.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, September 5, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: MOTION by Defendant Flycell, Inc. for extension of time to file answer [8]to a date thirty days after the Court rules on Plaintiff's anticipated motion to remand is granted. Notice of Motion date of 9/10/08 is stricken and no appearances are necessary on that date.Mailed notice(tbk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.