# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert M. Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | Young B. Kim |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4986 | **DATE** | August 30, 2010 |
| **CASE TITLE** | Conrad vs. Virgin Mobile USA, Inc. et al | | |

**DOCKET ENTRY TEXT**

Plaintiff reported to the court that the Circuit Court of Cook County preliminarily approved a class settlement in a related matter pending in state court and scheduled a hearing for final approval on December 2, 2010. Plaintiff also reported that this case may be dismissed without prejudice as the final approval of the settlement agreement in the state action will eliminate this federal action. Based on this report, the status hearing scheduled for August 31, 2010, is cancelled. Also, this court respectfully recommends that the assigned District Judge dismiss this case without prejudice, with leave to reinstate by January 31, 2011.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | aac |
|---|---|---|